```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/1/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER A. HENRYX,

                      Plaintiff,

-against-

ADITYA RADHAKRISHNAN, and
VJOLCA VJUBAGNONC,

                      Defendants.

**ORDER**

23-CV-831 (PGG) (KHP)

**KATHARINE H. PARKER, United States Magistrate Judge.**

Plaintiff, who is proceeding *pro se* though was not granted IFP status, requests leave for good cause (ECF No. 22) to serve Defendants with the complaint and summons after the deadline set by the Court when it granted Plaintiff's request to reopen this action (ECF No. 7).

Plaintiff diligently filed an amended complaint (ECF No. 21) by the deadline provided in the Court's previous order, and affirms that he was unable to serve the summons because of circumstances out of his control, including involuntary committal to a medical facility. Although *pro se* Plaintiffs are not immune from the procedural requirements of this Court, and 145 days elapsed from the date the original summons was issued, reasonable allowances must be made to protect *pro se* litigants from inadvertent forfeiture of rights. *See Castro v. Manhattan East Suite Hotel,* 2002 WL 426221, at *1 (S.D.N.Y. Mar.19, 2002).

Plaintiff is directed to serve his amended complaint and summons on Defendants by **January 29, 2024. Failure to properly serve Defendants may result in dismissal of this action for failure to prosecute.**

**The Clerk of Court is respectfully requested to mail a copy of this order, the docket sheet for this case, and the materials included in ECF No. 13 to the Pro se Plaintiff.**

Dated: New York, New York
December 1, 2023

SO ORDERED.

*Katharine H. Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge