```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 02/12/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER A. HENRYX,

                                 Plaintiff,

            -against-

ADITYA RADHAKRISHNAN, and
VJOLCA VJUBAGNONC,

                                Defendants.

**ORDER SCHEDULING INITIAL CASE MANAGEMENT CONFERENCE**

**23-CV-831 (PGG) (KHP)**

**KATHARINE H. PARKER, United States Magistrate Judge.**

      Plaintiff is advised that his deadline to serve the Complaint and Summons on Defendants was **January 29, 2024**. Plaintiff is granted an extension to serve the Complaint and Summons on Defendants by **Wednesday February 28, 2024** *nunc pro tunc*. Failure to timely serve the complaint may result in dismissal of the case. Fed. R. Civ. P. 4(m).

      As no Defendants appear to have been served or appeared in this case, the initial case management conference scheduled on Monday, February 12, 2023 at 2:00 p.m. is converted to a telephonic conference and rescheduled to **Wednesday, March 13, 2024 at 2:00 p.m.** The parties are directed to call Judge Parker's Teams telephone line **1-646-453-4442, ID: 458 838 371 at the scheduled time.**

      The Court also notes that there is a legal clinic in this District available to assist pro se parties in civil cases. The Clinic is run by a private organization called the New York Legal Assistance Group; it is not part of, or run by, the Court. The Clinic is located in the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York, in Room LL22, which is just inside the Pearl Street entrance to that Courthouse. The Clinic is open on weekdays from

10 a.m. to 4 p.m., except on days when the Court is closed.  Plaintiff is encouraged to make an appointment with the Clinic by calling (212) 659-6190.

To the extent Plaintiff wishes to receive documents in this case electronically (by e-mail) instead of by regular mail), she may consent to electronic service by filing a Pro Se Consent & Registration Form to Receive Documents Electronically, available in the Pro Se Intake Unit or at http://nysd.uscourts.gov/file/forms/consent-to-electronic-service-for-pro-se-cases.

If any party needs to change the date of the conference, that party must make the request, by letter, as soon as the need for a different date is known, but by no later than three (3) business days before the scheduled conference date.

**The Plaintiff is directed to serve this order, and a copy of the complaint on the Defendants.**

**The Clerk of Court is respectfully requested to mail a copy of this order to the Pro-se Plaintiff.**

Dated: New York, New York
February 12, 2024

SO ORDERED.

_____
KATHARINE H. PARKER
United States Magistrate Judge