UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER A. HENRYX,

                      Plaintiff,

-against-

ADITYA RADHAKRISHNAN, and
VJOLCA VJUBAGNONC,

                      Defendants.

**ORDER**

23-CV-831 (PGG) (KHP)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/10/2024

**KATHARINE H. PARKER, United States Magistrate Judge.**

      The Plaintiff has mailed the Court a letter representing that Defendants in this action were served with the complaint pursuant to this Court's prior order.  See ECF No. 28.  However, the Defendants have not yet made an appearance, and the Plaintiff has not filed the proof of service.  By **Monday, June 10, 2024** the Plaintiff must file the certificates of service on the docket, by mailing those certificates to the pro se office.  If the certificates of service are not received by that date, this matter will be dismissed without prejudice.

      **The Clerk of Court is respectfully requested to mail a copy of this order to the Pro-se Plaintiff.**

Dated: New York, New York
       May 10, 2024

                                        SO ORDERED.

                                        _____
                                        KATHARINE H. PARKER
                                        United States Magistrate Judge