```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/31/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER A. HENRYX,

                    Plaintiff,

-against-

ADITYA RADHAKRISHNAN, and
VJOLCA VJUBAGNONC,

                    Defendants.

**ORDER**

23-CV-831 (PGG) (KHP)

**KATHARINE H. PARKER, United States Magistrate Judge.**

      Plaintiff filed an amended complaint on October 2, 2023. (ECF No. 21) Defendants answered the amended complaint on August 19, 2024. (ECF No. 39) On October 23, 2024, Plaintiff filed a letter with the Court asking that certain corrections be made to the amended complaint correcting certain typographical errors. (ECF No. 45) The Court accepts the corrections and finds they can be incorporated by reference into the amended complaint because they do not change the substance of the amended complaint, which has already been answered. On October 29, 2024, Plaintiff filed a letter with the Court stating he seeks to amend the complaint. (ECF No. 46) Because Plaintiff fails to set forth what amendments he seeks to make and fails to provide a proposed second amended complaint, the request to further amend the complaint is denied without prejudice. To the extent the October 29, 2024 letter was meant to refer to the typographical corrections to the amended complaint, as noted above, the Court accepts those correction without the need for Plaintiff to submit an updated complaint.

2

**The Clerk of Court is respectfully requested to mail a copy of this order to the Pro-se Plaintiff.**

Dated:   New York, New York
         October 31, 2024

SO ORDERED.

_____
KATHARINE H. PARKER
United States Magistrate Judge