UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER A. HENRYX,

                Plaintiff,

-against-

ADITYA RADHAKRISHNAN, and
VJOLCA VJUBAGNONC,

                Defendants.

**ORDER**

23-CV-831 (PGG) (KHP)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/26/2025

**KATHARINE H. PARKER, United States Magistrate Judge.**

      Plaintiff recently filed a document that the court construes to be a motion to amend and identifying the filing at ECF No. 48 as the proposed amended complaint. (ECF No. 53) This motion was mailed on February 14, 2025, which the Court construes to be timely, even though it was received and docketed on a later date. The parties are hereby reminded that per the Court's order on January 16, 2025 (*see* ECF No. 51), Defendants have until **February 28, 2025** to oppose the motion for leave to amend. Plaintiff has until **March 14, 2025** to file a reply in support of his motion to amend. Unless and until the Court permits an amendment to the pleadings, the Complaint at ECF No. 21 shall be deemed the operative pleading in this case.

      **The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff.**

      SO ORDERED.

Dated: New York, New York
       February 26, 2025

                                              _____
                                              KATHARINE H. PARKER
                                              United States Magistrate Judge