USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/13/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER A. HENRYX,

                Plaintiff,

-against-

ADITYA RADHAKRISHNAN, and
VJOLCA VJUBAGNONC,

                Defendants.

**ORDER ON DISCOVERY**

**23-CV-831 (PGG) (KHP)**

**KATHARINE H. PARKER, United States Magistrate Judge.**

    At ECF 64 and 65, Defendants request an extension of time to complete discovery and request a conference regarding discovery because Plaintiff has not provided responses to their document requests and interrogatories. Thereafter, Plaintiff filed answers to the interrogatories with the Court. It is not clear whether Plaintiff has also produced documents in response to the document requests or, alternatively, informed Defendants that he does not possess any documents responsive to their requests. Defendants also requested that Plaintiff complete HIPPA authorizations so that Defendants could obtain medical records relevant to the claims in this action. It is unclear whether Plaintiff has completed the HIPPA forms.

    **By May 31, 2025**, Plaintiff shall provide Defendants with signed HIPPA forms authorizing their attorneys to obtain Plaintiff's medical records concerning his treatment at the hospital in May 2022 and history of treatment for mental illness going back to 2020.

    Defendants shall fill out the authorization forms for Plaintiff to sign as completely as possible and consistent with the above and file with the Court a copy of the completed, but

unsigned HIPPA authorizations for the records specified above, and mail copies to Plaintiff as well.

By **May 31, 2025,** Plaintiff shall file a letter with the Court indicating whether he has any documents supporting his claims and, if so, whether he has provided copies to Defendants' counsel.

Discovery is extended by 90 days.  The motions at ECF 64 and 65 are deemed resolved and therefore the Court requests that the Clerk terminate the motions.

Defendants shall file a letter with the Court by no later than June 6, 2025, to inform the Court whether they received the signed copies of the HIPPA authorizations.

Plaintiff is warned that failure to comply with discovery obligations and Court Orders may result in sanctions up to and including dismissal of his action.

**The Clerk of Court is respectfully requested to mail a copy of this order to the Pro-se Plaintiff at the address listed on ECF.**

Dated: New York, New York
    May 13, 2025

SO ORDERED.

*Katharine H. Parker*

KATHARINE H. PARKER
United States Magistrate Judge