```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/22/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER A. HENRYX,

                Plaintiff,

-against-

ADITYA RADHAKRISHNAN, and
VJOLCA VJUBAGNONC,

                Defendants.

**ORDER**

23-CV-831 (PGG) (KHP)

**KATHARINE H. PARKER, United States Magistrate Judge.**

    In response to Plaintiff's Letter (ECF No. 87) notifying the Court of his change of address and requesting a physical copy of the docket sheet, the Clerk of Court is respectfully requested to mail Plaintiff a copy of the docket sheet in the above-captioned action.

    **Further, the Clerk of Court is respectfully requested to mail a copy of this order to the Pro-se Plaintiff at the address listed at ECF No. 87.**

Dated: New York, New York
       October 22, 2025

                              SO ORDERED.

                              _____
                              KATHARINE H. PARKER
                              United States Magistrate Judge