UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER A. HENRYX,

                              Plaintiff,

        -against-

ADITYA RADHAKRISHNAN, and
VJOLCA VJUBAGNONC,

                              Defendants.

**ORDER**

23-CV-831 (PGG) (KHP)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/29/2025

**KATHARINE H. PARKER, United States Magistrate Judge.**

       On October 23, 2025, Defendants filed a letter with the Court ahead of the telephonic Case Management Conference scheduled for November 6, 2025. (ECF No. 91)

       Defendants informed the Court that Plaintiff has yet to provide Defendants with supplemental responses to their interrogatories as ordered by the Court on August 20, 2025. (ECF No. 83) In his initial response to Defendants' request on June 4, 2025, Plaintiff raised the issue that the request was overburdensome without providing detail such that the Court could make a reasoned determination as to the scope of the request. (ECF No. 77) Plaintiff was given the option to either provide supplemental responses or file objections for the court to review. In his most recent letter, Plaintiff simply objected to providing Defendants with supplemental responses to their interrogatories without stating grounds for his objections. (ECF No. 90) Plaintiff is once again directed to provide supplemental responses to Defendants' interrogatories prior to the close of discovery on November 20, 2025 or explain why Defendants' requests are overburdensome by November 4, 2025. Under Federal Rule of Civil

Procedure 34(b)(2)(B), if objections are made, the grounds must be stated "with specificity" as to each objected-to interrogatory.

This is Plaintiff's third and final warning that failure to comply with discovery obligations and Court Orders will result in the Court recommending dismissal of his case for failure to participate in discovery.[1] *See Abdullah v. City of New York,* 24 Civ. 124 (JGK) (BCM), 2025 WL 2145979, at *3 (S.D.N.Y. May 13, 2025) *adopted* 2025 WL 2144727 (S.D.N.Y. July 28, 2025) (dismissing the case for plaintiff's failure to discharge discovery obligations).

**The Clerk of Court is respectfully requested to mail a copy of this order to the Pro-se Plaintiff at the address listed at ECF No. 87.**

Dated: New York, New York
       October 29, 2025

SO ORDERED.

_____
KATHARINE H. PARKER
United States Magistrate Judge

---

[1] Plaintiff has previously been provided the same warning at ECF Nos. 75 and 83.