UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
CHRISTOPHER A. HENRY X,

                         Plaintiff,

  -against-

ADITYA RADHAKRISHNAN and
VJOLLCA LJUBANOVIC,

                        Defendants.
----------------------------------------------------------------X

**ORDER TO PRODUCE PLAINTIFF FOR DEPOSITION**

23-cv-00831 (PGG)(KHP)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/10/2025

**Katharine H. Parker, United States Magistrate Judge:**

    IT IS HEREBY ORDERED that the Clinical Director or other official in charge of the Kingsboro Psychiatric Center produce Christopher A. Henry X, on December 15, 2025, at 10:00 a.m. to a suitable location within the Kingsboro Psychiatric Center that is equipped with a videoconferencing system, for the purpose of participating in a deposition with defense counsel.

    IT IS FURTHER ORDERED that the Clinical Director or other official contact defense counsel Eldar Mayouhas of Lewis Brisbois Bisgaard & Smith, LLP (646-783-0933, eldar.mayouhas@lewisbrisbois.com) via email before that date so that he may provide a teleconference link.

    If this time and date presents an inconvenience, the Clinical Director or the Clinical Director's designee should promptly contact defense counsel to reschedule the deposition to a mutually acceptable time.

**SO ORDERED.**

Dated: November 10, 2025

                                                                 Katharine H. Parker
                                                                 United States Magistrate Judge