UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER A. HENRYX,

                Plaintiff,

-against-

ADITYA RADHAKRISHNAN, and
VJOLCA VJUBAGNONC,

                Defendants.

**ORDER**

23-CV-831 (PGG) (KHP)

**KATHARINE H. PARKER, United States Magistrate Judge.**

On November 7, 2025, Defendants filed a Letter with the Court requesting: (1) an extension of fact discovery from November 20, 2025 to December 22, 2025; (2) that the Court direct Plaintiff to provide supplemental responses to Defendants' interrogatories; (3) to unseal ECF No. 86 in light of the Court's order at ECF No. 93; and (4) a deposition order. (ECF No. 96)

Defendants' request for an extension of time to complete fact discovery is GRANTED in part. Fact discovery is partially extended to **December 22, 2025**, solely for the purpose of allowing Defendants to obtain the records referenced in their Letter. All other fact discovery must be completed by the original deadline of **November 20, 2025**. Moreover, there will be no further extensions to discovery.

Because Plaintiff has not provided grounds for his failure to provide supplemental responses to Defendants' interrogatories pursuant to the Order entered at ECF No. 94, Plaintiff has until **November 20, 2025**, to provide said responses to comply with his discovery obligations. If no supplemental responses are submitted, Defendants' Rule 37 motion, if any,

will be due on **December 1, 2025**. Plaintiff's Opposition, if any, will be due on **December 15, 2025**. There will be no Reply.

Per the Court's Standing Order dated September 24, 2025, "sealed documents filed electronically will no longer be accessible or viewable through the ECF or PACER systems by non-court users. While the docket text will be publicly available, the PDF copy of the document will not be accessible or viewable by non-court users. To obtain access to an electronically filed sealed document, users should rely on the copy served by their adversary. A party with a right to access a sealed document may also request a paper copy by contacting the clerk's office. Applicable copy fees will be applied to requests made to the court." As such, if Defendants have still not received a copy of ECF No. 86, they may request a paper copy by contacting the clerk's office.

Defendants' deposition request will be addressed in a separate order from the undersigned.

**The Clerk of Court is respectfully requested to mail a copy of this order to the Pro-se Plaintiff at the address listed at ECF No. 87.**

Dated: New York, New York
November 10, 2025

SO ORDERED.

_____
KATHARINE H. PARKER
United States Magistrate Judge

2