UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___12/4/2025___
```

CHRISTOPHER A. HENRYX,

                              Plaintiff,

           -against-

 ADITYA RADHAKRISHNAN, and
 VJOLCA VJUBAGNONC,

                              Defendants.

**ORDER**

**23-CV-831 (PGG) (KHP)**

**KATHARINE H. PARKER, United States Magistrate Judge.**

On November 7, 2025, Plaintiff filed a Letter with the Court opposing a deposition scheduled for December 15, 2025.  (ECF No. 104)  The Court has already ruled on this issue. Specifically, on November 10, 2025, the Court ordered that the discovery deadline be extended for the limited purposes of obtaining records referenced in Defendants' letter dated November 7, 2025 and for conducting the deposition of Plaintiff.  Any objections have been filed too late. Accordingly, Plaintiff is ordered to comply with the Court's Orders at ECF Nos.  97 and 98.

**The Clerk of Court is respectfully requested to mail a copy of this order to the Pro-se Plaintiff at the address listed at ECF No. 87.**

Dated: New York, New York
       December 4, 2025

                              SO ORDERED.

                              KATHARINE H. PARKER
                              United States Magistrate Judge