UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER A. HENRYX,

                              Plaintiff,

            -against-

ADITYA RADHAKRISHNAN, and
VJOLCA VJUBAGNONC,

                              Defendants.

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #:_____
DATE FILED: 12/11/2025

**ORDER**

**23-CV-831 (PGG) (KHP)**

**KATHARINE H. PARKER, United States Magistrate Judge.**

On December 10, 2025, Plaintiff filed a letter with the Court opposing a deposition scheduled for December 15, 2025.  (ECF No. 104)  The Court has already ruled on this issue twice. Specifically, on November 10, 2025, the Court ordered that the discovery deadline be extended for the limited purposes of obtaining records referenced in Defendants' letter dated November 7, 2025 and for conducting the deposition of Plaintiff.  The Court reaffirmed this Order on December 4, 2025.  (ECF No. 105)  Any objections have been filed too late.

Accordingly, Plaintiff is ordered to comply with the Court's Orders at ECF Nos.  97, 98, and 105.

 **The Clerk of Court is respectfully requested to mail a copy of this order to the Pro-se Plaintiff.**

Dated: New York, New York
        December 11, 2025

                              SO ORDERED.

                              KATHARINE H. PARKER
                              United States Magistrate Judge