```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__2/24/2026__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER A. HENRYX,

                              Plaintiff,

          -against-

ADITYA RADHAKRISHNAN, and
VJOLCA VJUBAGNONC,

                              Defendants.

**SCHEDULING ORDER**

**23-CV-831 (PGG) (KHP)**

**KATHARINE H. PARKER, United States Magistrate Judge.**

The parties are directed to file a letter by **March 10, 2026**, informing the Court as to the status of this case.  Per the Court's November 10, 2025 Order, fact discovery concluded on December 22, 2025. In addition, the Court enters the following briefing schedule for motions for summary judgment: Defendant's motion will be due by **March 24, 2026**; Plaintiff's opposition and any contemplated cross-motion will be due **April 24, 2026**; Defendant's reply, if any, will be due by **May 8, 2026**.

The parties are instructed to consult the local rules in advance of their filings.  They may be found here: https://nysd.uscourts.gov/rules.

**The Clerk of Court is respectfully requested to mail a copy of this order to the Pro-se Plaintiff and terminate the pending motion at ECF No. 109.**

Dated: New York, New York
       February 24, 2026

SO ORDERED.

_____
KATHARINE H. PARKER
United States Magistrate Judge