UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER A. HENRYX,

                              Plaintiff,

            -against-

ADITYA RADHAKRISHNAN, and
VJOLCA VJUBAGNONC,

                              Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/26/2026

**SCHEDULING ORDER**

**23-CV-831 (PGG) (KHP)**

**KATHARINE H. PARKER, United States Magistrate Judge.**

On February 25, 2026 Defendants filed a letter requesting an extension of time to the briefing schedule at ECF No. 110.  That request is GRANTED.  Defendant's motion will be due by **April 24, 2026**; Plaintiff's opposition and any contemplated cross-motion will be due **May 25, 2026**; Defendant's reply, if any, will be due by **June 8, 2026**.

The parties are once again instructed to consult the local rules in advance of their filings.

They may be found here: https://nysd.uscourts.gov/rules.

**The Clerk of Court is respectfully requested to mail a copy of this order to the Pro-se Plaintiff and terminate the pending motion at ECF No. 111.**

Dated: New York, New York
        February 26, 2026

                              SO ORDERED.

                              _____
                              KATHARINE H. PARKER
                              United States Magistrate Judge