UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER A. HENRYX,

Plaintiff,

-against-

ADITYA RADHAKRISHNAN, and
VJOLCA VJUBAGNONC,

Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/27/2026

**ORDER**

**23-CV-831 (PGG) (KHP)**

**KATHARINE H. PARKER, United States Magistrate Judge.**

This case has been referred to me for General Pretrial supervision.  On October 3, 2024 Plaintiff filed a notice of consent (ECF No. 41), however Defendants have not indicated whether or not they wish to consent to Magistrate Judge jurisdiction.  Further, the parties should note that ECF No. 41 was not endorsed by the Court and is therefore *not* a Court order.

The parties shall meet and confer to discuss whether they **jointly** consent to decision of this action (including the pending motion to dismiss) by a United States Magistrate Judge (that is, the undersigned), pursuant to 28 U.S.C. § 636(c).  If the parties jointly consent, they shall complete the consent form available on the Court's website at

https://nysd.uscourts.gov/forms/consent-proceed-us-magistrate-judge and return the form to the Clerk of the Court.

If either or both parties do not consent, counsel for Defendants shall file a letter on ECF no later than **Monday, May 11, 2026** representing that the parties met and conferred but that they do not jointly consent.  The letter should not indicate any particular party's consent or non-consent.

This Order is not meant to interfere in any way with the parties' absolute right to decision by a United States District Judge, but is merely an attempt at preserving scarce judicial resources and reminding the parties of their option pursuant to 28 U.S.C. § 636(c).  There will be no adverse consequences if the parties withhold their consent, but granting consent may result in a faster and more efficient resolution of this case.


Dated: New York, New York
        April 27, 2026

                                            SO ORDERED.

                                            _____
                                            KATHARINE H. PARKER
                                            United States Magistrate Judge

2