UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER A. HENRY, X.,

                    Plaintiff,

            - against -

ADITYA RADHAKRISHNAN, and
VJOLCA VJUBAGNONC

                 Defendants.

**ORDER**

23 Civ. 831 (PGG) (KHP)

PAUL G. GARDEPHE, U.S.D.J.:

On April 24, 2026, Defendants moved for summary judgment in this case. (Dkt. No. 114) On May 13, 2026, Plaintiff filed a "summary judgment motion" that requests this Court both "deny Defendant[s'] motion to dismiss" and grant summary judgment on all claims against Defendants. (Dkt. No. 122)

This Court construes Plaintiff's May 13, 2026 filing as both an opposition brief in response to Defendants' motion for summary judgment and a cross-motion for summary judgment. Defendants' opposition will be due by **June 8, 2026**. Plaintiff's reply, if any, will be due by **June 22, 2026**.

Dated:  New York, New York
        May 18, 2026

                              SO ORDERED.

                              _____
                              Paul G. Gardephe
                              United States District Judge