UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER A. HENRYX,

Plaintiff,

- against -

ADITYA RADHAKRISHNAN, and
VJOLCA VJUBAGNONC,

Defendant.

**ORDER**

23 Civ. 831 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

Pro se Plaintiff Christopher A. Henryx – a former patient at Bellevue Hospital – brings this action against Defendants Aditya Radhakrishnan and Vjolca Vjubagnonc – a Bellevue doctor and nurse, respectively. (Am. Cmplt. (Dkt. No. 21)) Plaintiff alleges that Defendants violated his rights under the Fourth, Fifth, Eighth, and Eleventh Amendments while he was a patient at Bellevue. (Id. at 2, 5-17)

Pending before the Court are the parties' cross-motions for summary judgment. (Dkt. Nos. 114, 122) In a May 18, 2026 Order, this Court directed Plaintiff to file any reply to Defendant's opposition to Plaintiff's motion for summary judgment by June 22, 2026. (Order (Dkt. No. 123))

On July 6, 2026, this Court received a letter from Plaintiff dated June 14, 2026 seeking "an additional one month until [July 22, 2026] to [reply to] the Defendants' [June 8, 2026 opposition]." (Pltf. June 14, 2026 Ltr. (Dkt. No. 130) at 1)

For the reasons explained below, Plaintiff's June 14, 2026 letter motion will be denied.

## BACKGROUND

The Complaint was filed on January 30, 2023. (Cmplt. (Dkt. No. 1)) On July 5, 2023, this Court referred the case to Judge Parker for general pretrial supervision. (Order of Ref. (Dkt. No. 10)) On October 2, 2023, Plaintiff filed the Amended Complaint. (Am. Cmplt. (Dkt. No. 21))

In a February 26, 2026 scheduling order, Judge Parker directed that (1) Defendants file their motion for summary judgment by May 25, 2026; (2) Plaintiff file his opposition, and any contemplated cross-motion for summary judgment, by May 25, 2026; and (3) Defendants file any reply by June 8, 2026. (Dkt. No. 112)

On April 24, 2026, Defendants moved for summary judgment. (Def. Sum. J. Mot. (Dkt. No. 114)) On May 13, 2026, Plaintiff filed a document described as a "summary judgment motion," which requests that this Court "deny Defendant[s'] motion to dismiss" and grant Plaintiff summary judgment on all claims. (Pltf. Sum. J. Mot. & Opp. (Dkt. No. 122) at 1)

On May 18, 2026, this Court issued an Order construing Plaintiff's May 13, 2026 filing as both an opposition brief in response to Defendants' motion for summary judgment and a cross-motion for summary judgment. (Order (Dkt. No. 123)) This Court's May 18, 2026 order directed Defendants to file their opposition to Plaintiff's motion for summary judgment by June 8, 2026; it also directed Plaintiff to file any reply by June 22, 2026. (Id.)

On May 20, 2026, this Court received two letters from Plaintiff.[1] (Dkt. Nos. 124-125) The first letter, dated May 8, 2026, is entitled "Plaintiffs motion for summary judgment, to deny Defendants motion." (Pltf. May 8, 2026 Ltr. (Dkt. No. 125) at 2) The second letter, dated

[1] Both letters arrived in envelopes postmarked May 15, 2026. (Pltf. May 8, 2026 Ltr. (Dkt. No. 125) at 2; Pltf. May 11, 2026 Ltr. (Dkt. No. 124) at 2))

May 11, 2026, is entitled "Plaintiffs' motion in support of his motion for summary judgment, and to deny defendants' motion." (Pltf. May 11, 2026 Ltr. (Dkt. No. 124) at 1))

On June 8, 2026, Defendants submitted a single brief containing both their opposition to Plaintiff's motion for summary judgment and their reply to Plaintiff's opposition to Defendants' motion for summary judgment. (Def. Sum. J. Opp. & Reply (Dkt. No. 126))

On July 6, 2026, this Court received a letter from Plaintiff dated June 14, 2026, in which he moves for "an additional one month until 7.22.26 to answer the Defendants' 6.8.26 motion." (Pltf. June 14, 2026 Ltr. (Dkt. No. 130) at 1) On July 6, 2026, this Court also received a document from Plaintiff dated June 21, 2026, which is entitled "Plaintiff's response to Defendants' Memorandum of law." (Pltf. June 21, 2026 Ltr. (Dkt. No. 129) at 1)

In a July 8, 2026 letter, Defendants oppose Plaintiff's June 14, 2026 request for additional time. (Def. July 8, 2026 Ltr. (Dkt. No. 132))

## ANALYSIS

Briefing on the cross-motions for summary judgment is now complete:

> Defendant moved for summary judgment on April 24, 2026 (Dkt. No. 114);
>
> Plaintiff filed his opposition and cross-motion for summary judgment on May 13, 2026 (Dkt. No. 122);
>
> on May 20, 2026, this Court received two additional letters from Plaintiff in support of Plaintiff's motion for summary judgment and in opposition to Defendants' motion for summary judgment (Dkt. Nos. 124-125);
>
> on June 8, 2026, Defendants filed their opposition to Plaintiff's motion for summary judgment and their reply to Plaintiff's opposition to Defendants' motion for summary judgment as a single brief (Dkt. No. 126); and
>
> on July 6, 2026, this Court received Plaintiff's June 21, 2026 letter responding to Defendants' June 8, 2026 brief. (Dkt. No. 129)

No additional briefing will be permitted. To the extent that Plaintiff has moved for leave to file any additional papers concerning the cross-motions for summary judgment, any such motion is denied.

## CONCLUSION

For the reasons stated above, Plaintiff's June 14, 2026 letter motion (Dkt. No. 130) is denied. The Clerk of Court is respectfully requested to terminate the motion, and to mail copies of this Order and the docket sheet to pro se Plaintiff.

Dated: New York, New York
July 10, 2026

SO ORDERED.

Paul G. Gardephe
United States District Judge